```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5
```

|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT | |
| FOR THE DISTRICT OF ARIZONA | |

```
In Re:                              )   CHAPTER 7 CASE
                                    )   Case No. 0:19-bk-02386-BMW
AMANDA LOUISE FERNANDEZ,            )
                                    )
             Debtor.                )
_____)
JIM D. SMITH, not individually      )   Adv. No. 0:19-ap-00   -BMW
but as Chapter 7 Bankruptcy         )
Trustee,                            )
                                    )
             Plaintiff,             )   TRUSTEE'S COMPLAINT TO
vs.                                 )   RECOVER PREFERENCE
                                    )
AAA AUTO TITLE LOANS, LLC,          )
dba CASH 1,                         )
                                    )
             Defendant.             )
_____)
```

PLAINTIFF ALLEGES:

I.

That the Plaintiff is the duly appointed, qualified and acting Bankruptcy Trustee in this Case.

II.

That the Debtor commenced this Voluntary Chapter 7 Bankruptcy Case on March 6, 2019.

III.

That within ninety (90) days prior to filing this Bankruptcy Case, a preferential payment of $1,124.73 which was obtained from the wages of the Debtor Amanda L. Fernandez by Defendant, AAA Auto Title Loan, LLC, dba Cash 1, ("AAA Auto Title Loan") by a Wage Garnishment issued in the following case: AAA Auto Title Loan, LLC, dba Cash 1 vs. Amanda Fernandez, Maricopa County Justice Court, East Mesa Justice Court Case No. CC2018-093823SC.

IV.

That the amount obtained by AAA Auto Title Loan is a preferential transfer as defined by 11 U.S.C. §547 made within ninety (90) days immediately before this Bankruptcy Case was filed.

V.

That the Trustee elects to recover the preferential payment obtained by AAA Auto Title Loan for the benefit of all the Debtor's Creditors.

WHEREFORE, the Trustee prays:

1. That the Court enter Judgment against AAA Auto Title Loan in the amount of **$1,124.73, plus taxable costs, fees & interest** as provided by Law, and,

2. For such other and further relief as the Court may deem just and proper under the circumstances.

DATED: April 29, 2019

/s/ Jim D. Smith
Jim D. Smith

F:\MyFiles\fernandez.amanda.adv.aaa.auto.complaint.wpd